UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PERFECTO ALATORREE-FRAUSTO,<br><br>　　　　　Defendant. | CASE NO. 5:25-MJ-00001-CDB<br><br>**UNSEALING ORDER** |

　　In light of Defendant's pending Initial Appearance on an Out of District Supervised Release Petition (District of Arizona) in the Eastern District of California, and good cause appearing, it is hereby ordered that the Complaint, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

　Dated:　**January 2, 2025**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE