IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 5:25-MJ-00001-1-CDB |
|---|---|---|
| Plaintiff, | ) | **O R D E R**  **APPOINTING COUNSEL** |
| vs. | ) | |
| PERFECTO ALATOREE-FRAUSTO, | ) | |
| Defendant. | ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Roger H. Ponce be appointed to represent Defendant in this case effective *nunc pro tunc* to January 2, 2025, for the arraignment and detention hearing only.

IT IS SO ORDERED.

Dated:   **January 6, 2025**                                     _____

UNITED STATES MAGISTRATE JUDGE